IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-01641-MSK-CBS

IAN GRAY,

    Plaintiff,

v.

TOWN OF BASALT,
POLICE OFFICER BRIAN LEMKE,
POLICE OFFICER MICHAEL TAYLOR, and
POLICE SGT. STEWART CURRY,

    Defendants.

---

# ORDER

---

    IT IS HEREBY ORDERED that Greg Plank, counsel for the defendants, has permission to bring his laptop computer, equipped with a camera, into the Alfred A. Arraj U.S. Courthouse on Friday, January 21, 2011, for purposes of participating in a settlement conference in the above captioned civil matter.

DATED at Denver, Colorado, this 18th day of January, 2011.

                                               BY THE COURT:

                                               *s/Craig B. Shaffer*
                                               Craig B. Shaffer
                                               United States Magistrate Judge