IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-CV-01641- WJM-CBS

IAN GRAY,

    Plaintiff,

v.

TOWN OF BASALT

and

POLICE OFFICER BRIAN LEMKE

and

POLICE OFFICER MICHAEL TAYLOR

and

POLICE SGT. STEWART CURRY.

Defendants.

---

### PLAINTIFF'S STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE BRIAN LEMKE, MICHAEL TAYLOR AND STEWART CURRY

---

    The Plaintiff, by and through his attorney Richard M. Wiener, Esq., moves the Court pursuant to F.R.C.P. 41(a) to dismiss defendants Brian Lemke, Michael Taylor and Stewart Curry with prejudice, each party to pay their own attorney fees and costs. The claims against the Town of Basalt remain and are unaffected by the dismissal of the other defendants. Pursuant to F.R.C.P. 41(a), defendants, by and through their attorney, Michael C. Wathen, Esq., stipulate to the dismissal with prejudice.

    WHEREFORE, the Plaintiff requests the Court order that Brian Lemke, Michael Taylor and Stewart Curry are dismissed with prejudice, each party to pay their own attorney fees and costs.

DATED this 28th day of February, 2011.

Respectfully submitted,

| For Plaintiff: | As to Defendants Stipulation: |
|---|---|
| Richard M. Wiener, Esq. | RAY LEGO & ASSOCIATES |
| *Original Signature on file at*<br>*Law Offices of Richard M. Wiener, LLC* | *Original Signature on file at*<br>*Ray Lego & Associates* |
| /s/ Richard M. Wiener<br>Richard M. Wiener, Esq.<br>161 Washington Street, Suite 400<br>Conshohocken, PA 19428<br>(610) 832- 8050 | /s/ Michael C. Wathen<br>Michael C. Wathen<br>6060 S. Willow Drive, Suite 100<br>Greenwood Village, CO  80111<br>720-963-7032 |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2011 a true and correct copy of the foregoing PLAINTIFF'S STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE BRIAN LEMKE, MICHAEL TAYLOR AND STEWART CURRY was filed using the CM/ECF system which will send the notification of such filing to the following:

Michael C. Wathen, Esq.
6060 S. Willow Drive
Suite 100
Greenwood Village, CO  80111

*Original Signature on file at*
*Law Offices Of Richard M. Wiener, LLC*

/s/ Richard M. Wiener
Richard M. Wiener, Esq.
161 Washington Street, Suite 400
Conshohocken, PA 19428
(610) 832-8050

3