IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-01641-WJM-CBS

IAN GRAY,

    Plaintiff,

v.

TOWN OF BASALT,
POLICE OFFICER BRIAN LEMKE,
POLICE OFFICER MICHAEL TAYLOR, and
POLICE SGT. STEWART CURRY,

    Defendants

_____

**ORDER DISMISSING BRIAN LEMKE, MICHAEL TAYLOR AND STEWART CURRY WITH PREJUDICE PURSUANT TO STIPULATED MOTION FOR DISMISSAL**
_____

    This matter is before the Court on the parties' Stipulated Motion for Dismissal of Defendants Brian Lemke, Michael Taylor, and Stewart Curry (Doc. #34) pursuant to F.R.C.P. 41(a).

    It is ORDERED that **BRIAN LEMKE, MICHAEL TAYLOR AND STEWART CURRY** are hereby DISMISSED from this action WITH PREJUDICE. Each affected party shall be responsible for his own costs and attorney's fees.

    Dated this 1st day of March, 2011.

                                                BY THE COURT:

                                                s/ *William J. Martínez*
                                                United States District Judge