IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-CV-01641- WJM-CBS

IAN GRAY,

    Plaintiff,

v.

TOWN OF BASALT

    Defendant.

---

**PLAINTIFF'S STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE DEFENDANT, TOWN OF BASALT**

---

    The Plaintiff, by and through his attorney Richard M. Wiener, Esq., moves the Court pursuant to F.R.C.P. 41(a) to dismiss the Defendant, Town of Basalt, with prejudice, each party to pay its own attorney fees and costs. Pursuant to F.R.C.P. 41(a), defendant, by and through its attorney, Michael C. Wathen, Esq., stipulates to the dismissal with prejudice.

    WHEREFORE, the Plaintiff requests the Court order that the Town of Basalt is dismissed with prejudice, each party to pay its own attorney fees and costs.

    DATED this 10th day of March, 2011.

Respectfully submitted,

| For Plaintiff: | As to Defendant Stipulation: |
|---|---|
| Richard M. Wiener, Esq. | RAY LEGO & ASSOCIATES |
| *Original Signature on file at* | *Original Signature on file at* |
| *Law Offices of Richard M. Wiener, LLC* | *Ray Lego & Associates* |
| /s/ Richard M. Wiener | /s/ Michael C. Wathen |
| Richard M. Wiener, Esq. | Michael C. Wathen |
| 161 Washington Street, Suite 400 | 6060 S. Willow Drive, Suite 100 |
| Conshohocken, PA 19428 | Greenwood Village, CO 80111 |
| (610) 832- 8050 | 720-963-7032 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2011 a true and correct copy of the foregoing PLAINTIFF'S STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE DEFENDANT, TOWN OF BASALT was filed using the CM/ECF system which will send the notification of such filing to the following:

Michael C. Wathen, Esq.
6060 S. Willow Drive
Suite 100
Greenwood Village, CO  80111

*Original Signature on file at
Law Offices Of Richard M. Wiener, LLC*

/s/ *Richard M. Wiener*
Richard M.Wiener, Esq.
161 Washington Street, Suite 400
Conshohocken, PA 19428
(610) 832- 8050

2