IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-01641-WJM-CBS

IAN GRAY,

    Plaintiff,

v.

TOWN OF BASALT,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter is before the Court on Plaintiff's Stipulated Motion for Voluntary Dismissal of Defendant with Prejudice (ECF # 36), filed pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

The motion is hereby GRANTED. The Court ORDERS that the claims against Defendant Town of Basalt as well as the above-captioned case are hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 11th day of March, 2011.

                                              BY THE COURT:

                                              s/ *William J. Martínez*
                                              United States District Judge